In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-405 CV


____________________



CURTIS WAYNE CZAJKOWSKI, SR., Appellant



V.



SELENA CZAJKOWSKI, Appellee






On Appeal from the 88th District Court


Hardin County, Texas


Trial Cause No. 45,915






MEMORANDUM OPINION


 The appellant, Curtis Wayne Czajkowski, Sr., filed a motion to dismiss this appeal.
The motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The
motion to dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.

 

 

 __________________________________

 CHARLES KREGER

 Justice



Opinion Delivered April 26, 2007


Before Gaultney, Kreger and Horton, JJ.